Elliott-Jerger Drug Company, Appellant, v. The Puffer Manufacturing Company, Appellee.

*Ralph Richards* for Appellant;

*Altman, Morrow & Cooper*, for Appellee.

Newton B. Lauren, et al., Appellants, v. R. K. Leblond, Appellee.

*Noah C. Bainum*, for Appellant;

*F. W. Pope*, for Appellee.

William G. Just, et al., Appellants, v. Marion Mortgage Company, Appellee.

*Patterson & Knight*, for Appellants.